Mandamus, not granted, without a rule to show cause—but on an application for a writ of mandamus, a rule may issue.

APPLICATION for a mandamus. The applicant, Grimes, is the owner of a tract of land over which a road has been laid out. He applied for damages, which were duly assessed, but the county commissioners determined that the assessment of the viewers was excessive, and refused to give an order on the treasurer for the money.

*Scott,* moved for a mandamus.

*BY THE COURT. It is not our practice to issue a man- **[127** damus in the first instance. Upon the case made on the papers, you may take a rule upon the commissioners to show cause why a mandamus should not issue. Rule taken to show cause next term.

{

---

### KUHN *v.* MILLER'S ADMINISTRATORS.

Justice's transcript—clerk's certificate—act of congress—nul tiel record.

The certificate of a clerk or prothonotary of the official character of a justice of the peace in another state, is receivable to authenticate the transcript of a judgment, though such attestation is not within the act of congress for the attestation of records.

DEBT, on the judgment of a justice of the peace in Pennsylvania, Plea, nul tiel record, and issue.

Gutshall v. Salsberry.

The plaintiff, in support of the issue, offered the transcript of a judgment before a justice of the peace in Pennsylvania, certified by him, and attested by the prothonotary, and the certificate of the presiding judge of the Court of Common Pleas.

*Bostwick*, for the defendant, objected that the paper was not evidence, because it was not authenticated according to the act of congress.

BY THE COURT. This transcript is not embraced within the act of congress. The president of the Court of Common Pleas has no authority to attest a justice's judgment. But this court has long been in the habit of receiving the prothonotary's or clerk's certificate as evidence of the justice's official character. We think the same rule should obtain as to these certificates, and admit the evidence.

Judgment for the plaintiff.

[A justice's court is not a court of record; *Wilson v. Wickersham*, 3 *W. L. M.* 621, 625.]